Order issued September 21 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00173-CR
No. 05-12-00174-CR

**MAHIR ABDALRAZZAAQEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

# ORDER

The Court **REINSTATES** the appeals.

On August 3, 2012, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant is indigent; (2) he is represented by court-appointed counsel Jeff Buchwald; (3) Mr. Buchwald's explanation for the failure to file appellant's brief is his workload and he recently obtained a copy of the record he did not previously have; and (4) Mr. Buchwald requested thirty days from September 6, 2012 to file appellant's brief.

We **ORDER** appellant to file his brief by **MONDAY, OCTOBER 8, 2012**. Because appellant's brief is already three months overdue, no further extensions will be granted. If appellant's brief is not filed by the date specified, we will order Mr. Buchwald removed as appellant's counsel and order the trial court to appoint new counsel to represent appellant in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the

Honorable Robert Burns, Presiding Judge, Criminal District Court, and to counsel for all parties.

DAVID L. BRIDGES
JUSTICE